IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-455-CR




JAMES EARL MAYBERRY,




 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT



NO. 18,049, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING


 




PER CURIAM


 This is an appeal from an order revoking probation. Punishment was assessed at
confinement for ten (10) years. 

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



[Before Justices Powers, Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: September 23, 1992

[Do Not Publish]